# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: EDCV-04-1387-R**                                       Date: **AUGUST 15, 2005**

**TITLE: MARINA POINT DEVELOPMENT ASSOCIATES V. U.S.A. et al**

===============================================================

**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| William Horrell | Leonore LeBlanc |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

Robert Crockett                                                                Sophia Cope
Robert Lu                                                                            Sean Hecht
Michael McCloskey

**PROCEEDINGS:**   Defendant Sandy Steers's motion for sanctions


**THE COURT HEARS ARGUMENTS OF COUNSEL.
THE COURT GRANTS THE MOTION AND ORDERS SANCTIONS IMPOSED AS FOLLOWS: THE LAW FIRM OF FOLEY AND LARDNER, SUZANNE WASHINGTON, AND S. WAYNE ROSENBAUM ARE ORDERED TO PAY ATTORNEY'S FEES IN THE AMOUNT OF $264,845.00, AND COSTS IN THE AMOUNT OF $3,607.00.
COUNSEL FOR DEFENDANT SHALL SUBMIT A PROPOSED ORDER AND JUDGMENT.**

time: 5 min



DOCKETED ON CM
AUG 17 2005
BY _____ 010

**MINUTES FORM 11**                                                         Initials of Deputy Clerk   WH
**CIVIL -- GEN**