09/12/2005 MON 02:14 FAX ☒002/005

JAMES R. WHEATON (Cal. Bar No. 115230)
DAVID GREENE (Cal. Bar No. 160107)
SOPHIA S. COPE (Cal. Bar No. 233428)
FIRST AMENDMENT PROJECT
1736 Franklin Street, 9th Floor
Oakland, CA 94612
Tel: (510)208-7744
Fax: (510)208-4562

SEAN B. HECHT (Cal. Bar No. 181502)
FRANK G. WELLS ENVIRONMENTAL LAW CLINIC
UCLA School of Law
405 Hilgard Avenue
Los Angeles, CA 90095
Tel: (310)794-5272
Fax: (310)206-1234

Attorneys for Defendant SANDY STEERS

FILED
CLERK, U.S. DISTRICT COURT
SEP 13 2005
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARINA POINT DEVELOPMENT ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES, SANDY STEERS, and DOES 1 through 10,<br><br>Defendants. | Case No. ED CV 04-1387 R (RZx)<br><br>**NOTICE OF RESOLUTION OF SANCTIONS AND RELATED CLAIMS;** ~~[PROPOSED]~~ **ORDER**<br><br>Date: Monday, August 15, 2005<br>Time: 10:00 a.m.<br>Location: U.S. Courthouse, 312 North Spring St., Los Angeles, CA 90012<br>Courtroom: 8<br>Judge: Hon. Manuel Real |

DOCKETED ON CM
SEP 14 2005
BY

1  NOTICE IS HEREBY GIVEN that Sandy Steers and her attorneys, First
2  Amendment Project and the UCLA Environmental Law Clinic, have fully and
3  finally resolved any and all claims against Foley & Lardner LLP and S. Wayne
4  Rosenbaum and Susanne C. Washington arising from the August 15, 2005 ruling
5  by this Court, and have in addition settled related claims held by Ms. Steers
6  against Foley & Lardner LLP and members of that firm. In light of the settlement
7  and resolution of the issues related to the motion for sanctions, the parties stipulate
8  and agree that all issues related to the pending Rule 11 motion have been
9  concluded and that, if it meets with the Court's approval, the accompanying order
10 terminating the litigation, submitted herewith, may be entered.

12 Dated: 9/12/05       _____
13                      First Amendment Project

15 Dated: _____    _____
16                      Foley & Lardner, LLP

19                      **[PROPOSED] ORDER**

20  UPON STIPULATION BY THE PARTIES and review and approval by the
21 Court, it appearing to the Court that no matters remain in controversy herein,
22  IT IS HEREBY ORDERED, pursuant to Rule 41, Fed. R. Civ. Proc.,
23 that no further proceedings be had herein and that this case be, and the same
24 hereby is, terminated.

26 DATED: September ___, 2005     BY: _____
27                                     Hon. Manuel Real
28                                     United States District Judge

1   NOTICE IS HEREBY GIVEN that Sandy Steers and her attorneys, First
2   Amendment Project and the UCLA Environmental Law Clinic, have fully and
3   finally resolved any and all claims against Foley & Lardner LLP and S. Wayne
4   Rosenbaum and Susanne C. Washington arising from the August 15, 2005 ruling
5   by this Court, and have in addition settled related claims held by Ms. Steers against
6   Foley & Lardner LLP and members of that firm. In light of the settlement and
7   resolution of the issues related to the motion for sanctions, the parties stipulate and
8   agree that all issues related to the pending Rule 11 motion have been concluded
9   and that, if it meets with the Court's approval, the accompanying order terminating
10  the litigation, submitted herewith, may be entered.

12  Dated: _____                    _____
13                                        First Amendment Project

15  Dated: 9/12/05                        _James M. Hodes_____
                                          Foley & Lardner, LLP

                            ~~[PROPOSED]~~ ORDER

    UPON STIPULATION BY THE PARTIES and review and approval by the
    Court, it appearing to the Court that no matters remain in controversy herein,
        IT IS HEREBY ORDERED, pursuant to Rule 41, Fed. R. Civ. Proc.,
    that no further proceedings be had herein and that this case be, and the same
    hereby is, terminated.

    DATED: September 13, 2005            BY: _____
                                          Hon. Manuel Real
                                          United States District Judge

Notice of Resolution of Sanctions and Related Claims; [Proposed] Order                                  Page 2

## PROOF OF SERVICE

I, Sarah-Rose Meredith, hereby declare:

I am over the age of 18 years and am not a party to this action. I am employed in the county of Alameda. My business address is Public Interest Law Offices, 1736 Franklin Street, Ninth Floor, Oakland, CA 94612.

On September 12th, 2005, I caused to be served the attached:

1. **NOTICE OF RESOLUTION OF SANCTIONS AND RELATED CLAIMS; [PROPOSED] ORDER**

BY MAIL. I caused the above identified document(s) addressed to the party(ies) listed below to be deposited for collection at the Public Interest Law Offices or a certified United States Postal Service box following the regular practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence is deposited with the United States Postal Service on this day.

| | |
|---|---|
| Susanne C. Washington<br>S. Wayne Rosenbaum<br>FOLEY & LARDNER, LLP<br>23rd Floor<br>402 W. Broadway<br>San Diego, CA 92101 | Robert D. Crockett<br>LATHAM & WATKINS, LLP<br>633 West Fifth Street<br>Ste 4000<br>Los Angeles CA 90071-2007 |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed at Oakland, California on September 12th, 2005.

*/s/ Sarah-Rose Meredith*
Sarah-Rose Meredith
DECLARANT

Proof of Service                                                                                                Page 1